# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN HARPER, | Case No. 1:23-cv-00918-BAM (PC) |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED |
| v. | |
| KINGS COUNTY, *et al.*, | (ECF No. 1) |
| Defendants. | **SEVEN (7) DAY DEADLINE** |

Plaintiff Johnathan Harper ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983.

This action was removed from Kings County Superior Court on June 16, 2023. (ECF No. 1.) Based on the information before the Court, it does not appear that Defendants filed an answer or other response to the complaint before the action as removed from state court, and Defendants have not requested additional time to file a response to the complaint. Defendants were served a copy of the summons and complaint on May 13, 2023 or May 30, 2023. (ECF No. 1, p. 2; ECF No. 1-1, p. 2.) Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants therefore "must answer or present other defenses or objections . . . 7 days after the notice of removal is filed," or by June 23, 2023.

While the Court is required to screen the complaint pursuant to 28 U.S.C. § 1915A, this does not relieve Defendants of their obligation to either respond to the complaint or indicate their

intention to waive their right to reply to the complaint pending the Court's screening of the complaint, pursuant to 42 U.S.C. § 1997e(g)(1). The deadline to file a responsive pleading has expired, and Defendants have not filed a response to the complaint or otherwise communicated with the Court.

Accordingly, it is HEREBY ORDERED that within **seven (7) days** from the date of service of this order, Defendants shall either:

1. File a response to the complaint;
2. File a notice indicating their intention to waive the right to reply to the complaint pending the Court's screening of the complaint, pursuant to 42 U.S.C. § 1997e(g)(1); or
3. Show cause by written response why default should not be entered against them.

IT IS SO ORDERED.

Dated:  **June 28, 2023**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE