# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN HARPER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:23-cv-00918-JLT-BAM (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED<br><br>(ECF No. 3) |

　　　Plaintiff Johnathan Harper ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was removed from Kings County Superior Court on June 16, 2023.  (ECF No. 1.)

　　　Pursuant to Defendants' notice in response to the Court's June 28, 2023 order to show cause why default should not be entered, Defendants waive their right to reply to Plaintiff's complaint pending the Court's screening of the complaint.  (ECF No. 6.)

　　　Based on Defendants' response, the June 28, 2023 order to show cause, (ECF No. 3), is HEREBY DISCHARGED.  Plaintiff's complaint will be screened in due course.  If any claims are found to be cognizable, the Court will set a new deadline for the filing of Defendants' response to the complaint.

IT IS SO ORDERED.

　　　Dated:　**July 6, 2023**　　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1