UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN HARPER,<br><br>             Plaintiff,<br><br>     v.<br><br>KINGS COUNTY, *et al.*,<br><br>             Defendants. | No.  1:23-cv-00918-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR REMAND OF CASE TO STATE COURT<br><br>(Doc. 11) |

Plaintiff Johnathan Harper is a former county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 5, 2023, the assigned Magistrate Judge issued findings and recommendations that Plaintiff's motion to remand this action to state court be denied.  (Doc. 11.) The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service.  (*Id.* at 3–4.)  Following the filing of Plaintiff's notice of change of address, the findings and recommendations were re-served on October 5, 2023.  No objections have been filed, and the extended deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on September 5, 2023, (Doc. 11), are **ADOPTED IN FULL**.
2. Plaintiff's motion to remand this action to state court, (Doc. 8), is **DENIED**.
3. This action is referred back to the Magistrate Judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **October 30, 2023**

UNITED STATES DISTRICT JUDGE