**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNATHAN HARPER,<br><br>      Plaintiff,<br><br>   v.<br><br>KINGS COUNTY, *et al.*,<br><br>      Defendants. | No.  1:23-cv-00918 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITH PREJUDICE, FOR LACK OF SUBJECT MATTER JURISDICTION, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(Doc. 20) |

Plaintiff Johnathan Harper is a former pretrial detainee proceeding *pro se* in this civil rights pursuant to 42 U.S.C. § 1983.  This action was removed from Kings County Superior Court on June 16, 2023.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 5, 2025, the assigned Magistrate Judge issued a screening order finding that the complaint failed to comply with Federal Rule of Civil Procedure 8 and the Court lacked subject matter jurisdiction over the complaint as drafted, and granting Plaintiff leave to file a first amended complaint or a notice of voluntary dismissal within thirty (30) days.  (Doc. 19.)  Plaintiff was warned that failure to comply with the Court's order would result in dismissal of this action for failure to prosecute and failure to comply with a court order.  (*Id.*)  Plaintiff did not file an amended complaint or otherwise communicate with the Court.

Therefore, on December 17, 2025, the Magistrate Judge issued findings and

1

recommendations recommending dismissal of this action, with prejudice, for lack of subject matter jurisdiction, for failure to obey a court order, and failure to prosecute. (Doc. 20.) The Court served the findings and recommendations on Plaintiff and notified him that any objections were due in 14 days. (*Id.*) On December 29, 2025, the findings and recommendations were returned as "Undeliverable, RTS, Refused, Unable to Forward." Plaintiff's notice of change of address was therefore due on or before January 29, 2026. Local Rule 183(b). Plaintiff has not filed objections, updated his address, or otherwise communicated with the Court, and the deadlines to do so have expired.

According to the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on December 17, 2025, (Doc. 20), are **ADOPTED** in full.

2. This action is **DISMISSED**, with prejudice, due to lack of subject matter jurisdiction, Plaintiff's failure to obey a court order, and failure to prosecute.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 5, 2026**

UNITED STATES DISTRICT JUDGE

2